# SEALED MATTER

CASE NUMBER  07-50501 B

DEFENDANT NO  _____

CASE TYPE  ____ CR  ____ CV  ✓ X

____ MW  ____ PO  ____ MJ

DISTRICT JUDGE  Borman

SIGNED BY
JUDICIAL OFFICER  DONALD A. SCHEER

NEW CASE  ____ YES  ✓ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA



FILED
JUL 09 2007
CLERK'S OFFICE
DETROIT