# United States District Court
## EASTERN DISTRICT OF MICHIGAN

FILED
OCT 10 2007
CLERK'S OFFICE
DETROIT

In the Matter of the Seizure of

All Funds on Deposit in JP Morgan Chase Bank Account # 720543040, in the name of Ali Mohammad Akil

**SEIZURE WARRANT**

**CASE NUMBER** 07X50501

**HONORABLE**
**PAUL D. BORMAN**

TO: Agents of the Bureau of Immigration and Customs Enforcement (ICE) and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Jason Brumley, who has reason to believe that in the Eastern District of Michigan there is now certain property which is subject to forfeiture to the United States, namely

**All Funds on Deposit in JP Morgan Chase Bank Account # 720543040, in the name of Ali Mohammad Akil**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _____duty_____ as required by law.

U.S. District Judge

June 6, 2007          at          Detroit, Michigan
Date

Honorable Bernard A. Friedman
U.S. District Judge                        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE / TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/06/2007 | 06/07/2007 | Renata, JP MOrgan Chase bank |

INVENTORY MADE IN THE PRESENCE OF

Special Agent Zach Keen, and Special Agent Mike Rose

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Official JP Morgan Chase bank check #611145046, in the amount of $122,729.03

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____        10/10/07
U.S. Judge or Magistrate                              Date